

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Billy Dewayne Reid, Appellant

No. 06-22-00143-CR        v.

The State of Texas, Appellee

Appeal from the 19th District Court of McLennan County, Texas (Tr. Ct. No. 2021-507-C1).    Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We note that the appellant, Billy Dewayne Reid, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED DECEMBER 15, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk